UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61000-KMW

HOWARD COHAN,

    Plaintiff,

vs.

TANJALI INVESTMENTS, LLC, a Florida Limited
Liability Company d/b/a COMFORT
SUITES FORT LAUDERDALE
AIRPORT SOUTH & CRUISE PORT,

    Defendant.

_____/

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiff, HOWARD COHAN (hereinafter referred to as "Plaintiff"), and TANJALI INVESTMENTS, LLC, a Florida Limited Liability Company d/b/a COMFORT SUITES FORT LAUDERDALE AIRPORT SOUTH & CRUISE PORT (hereinafter referred to as "Defendant") (Plaintiff and Defendant jointly referenced herein as the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree.

1.    Plaintiff filed the instant cause of action alleging that the property at issue owned and/or operated by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III" of the "ADA").

2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree attached hereto as Exhibit "A."

3.    The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at

issue, and otherwise meets the purposes of Title III of the ADA. The Parties further agree that upon the completion of the Modifications specified in the Consent Decree all currently readily achievable alterations to the Property will have been made and that the Property at the time of execution of this Consent Decree is otherwise in compliance with the readily achievable requirements of the ADA, ADAAG and FACBC.

4.      In accordance therewith, the parties respectfully request that the Court review, approve and ratify the Consent Decree.  Additionally, the Parties request the Court retain jurisdiction to enforce the Consent Decree. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order (a) approving and entering the attached Consent Decree, and (b) retaining jurisdiction to enforce the Consent Decree; and grant such additional relief as the Court deems just and proper.

**Dated:  <u>June 19, 2023</u>**                                        Respectfully submitted,

| | |
|---|---|
| */s/ Gregory S. Sconzo* | */s/ William G. Salim, Jr.* |
| Gregory S. Sconzo, Esq. | William G. Salim, Jr., Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 750379 |
| Sconzo Law Office, P.A. | William G. Salim, Jr., P.A. |
| 3825 PGA Boulevard, Suite 207 | 800 Corporate Drive, Suite 500 |
| Palm Beach Gardens, FL 33418 | Fort Lauderdale, Florida 33334 |
| Phone: (561) 729-0940 Fax: (561) 491-9459 | Telephone: (954) 491-2000 |
| greg@sconzolawoffice.com | E-mail: wsalim@wgsjrlaw.com |
| ***Attorney for Plaintiff, Howard Cohan*** | ***Attorney for Defendant*** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **June 19, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com