UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61000-KMW

HOWARD COHAN,

     Plaintiff,

vs.

TANJALI INVESTMENTS, LLC, a Florida Limited
Liability Company d/b/a COMFORT
SUITES FORT LAUDERDALE
AIRPORT SOUTH & CRUISE PORT,

     Defendant.

_____/

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

THIS CAUSE came before the Court on the Joint Motion for Approval and Entry of Consent Decree, filed herein on June 19, 2023 [D.E. 7]. The Court has carefully considered the Motion and being otherwise fully advised, it is hereby:

**ORDERED** and **ADJUDGED** that the Consent Decree, in the form annexed hereto, is RATIFIED, APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree.  This action is otherwise dismissed with prejudice with each party to bear their own fees and costs except as provided by the Consent Decree.  All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record