**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 23-61000-CV-WILLIAMS**

HOWARD COHAN,

    Plaintiff,

v.

TANJALI INVESTMENTS, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's and Defendant's joint motion for settlement approval and entry of consent decree ("*Joint Motion*") (DE 7). The Court has carefully considered the Joint Motion, the consent decree attached as Exhibit 2 (DE 7-2) ("*Consent Decree*"), and the confidential fee agreement attached as Exhibit 1 to the Notice of Filing Agreement (DE 11-1) ("*Confidential Fee Agreement*"). Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Joint Motion (DE 7) is **GRANTED.**

2. The Court finds the Consent Decree (DE 7-2) and the Confidential Fee Agreement (DE 11-1) to be adequate.  Accordingly, the Consent Decree and the Confidential Fee Agreement are **APPROVED**.

3. Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

4. The Court retains jurisdiction over this matter for the sole purpose of enforcing the obligations under the Consent Decree and the Confidential Fee Agreement.

5.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 10th day of July, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE